# **EXHIBIT A**

|   | A | B | C |
|---|---|---|---|
| 1 | **BD Laplace, LLC** | | |
| 2 | **Case #19-12153** | | |
| 3 | **Exhibit A - JMS Russel Metals Corp.** | | |
| 4 | | | |
| 5 | | | |
| 6 | **Invoice Number** | **Invoice Date** | **Invoice Amount** |
| 7 | 1400033792 | 1/13/2020 | $ 59,438.02 |
| 8 | | **Balance Due** | **$ 59,438.02** |