# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| BAYOU STEEL BD HOLDINGS, LLC, *et al.*, | Case No. 19-12153 (KBO) |
| Debtors. | (Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al*., | Adv. Proc. No. 21-50238 (KBO) |
| Plaintiff, | |
| vs. | |
| JMS RUSSEL METALS CORP., | |
| Defendant. | |

**ORDER APPROVING STIPULATION FURTHER EXTENDING DEADLINE FOR
DEFENDANT TO RESPOND TO THE COMPLAINT**

Upon consideration of the Stipulation Further Extending the Deadline for Defendant to

Respond to the Complaint (the "Stipulation"), set forth hereto as Exhibit A, it is hereby ORDERED

THAT, the Stipulation is APPROVED.

# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| BAYOU STEEL BD HOLDINGS, LLC, *et al.*, | Case No. 19-12153 (KBO) |
| Debtors. | (Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*, | Adv. Proc. No. 21-50238 (KBO) |
| Plaintiff, | |
| vs. | |
| JMS RUSSEL METALS CORP., | |
| Defendant. | |

**STIPULATION FURTHER EXTENDING DEADLINE FOR**
**DEFENDANT TO RESPOND TO THE COMPLAINT**

Plaintiff, George L. Miller in his capacity as chapter 7 trustee of Bayou Steel BD Holdings, L.L.C., *et al.*, (the "**Plaintiff**"), for the estates of the above-captioned debtors (the "**Debtors**") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**"), by and through his undersigned counsel and defendant JMS Russel Metals Corp. (the "**Defendant**," and together with Plaintiff, the "**Parties**"), enter into this *Stipulation for Extension of Time for Defendant to Answer, Move or Otherwise Respond to the Complaint* (the "**Stipulation**") and hereby stipulate and agree as follows:

1.    On March 8, 2021, Plaintiff (and together with defendant JMS Russel Metals Corp., the "Parties"), filed the Complaint for Avoidance and Recovery of Preferential Transfers Pursuant to 11 U.S.C. §§ 542& 550 (the "Complaint") in the above-captioned adversary proceeding against JMS Russel Metals Corp. (the "Defendant").

2.      On April 6, 2021, the Parties filed a stipulation to further extend the time to answer the Complaint [Docket No. 14].

3.      The deadline for the Defendant to answer, move or otherwise respond to the Complaint was April 22, 2021.  The Parties conferred in advance of that deadline and agreed to further extend the deadline for Defendant to respond to the Complaint while they clarify facts and work to reach an amicable resolution of the Complaint.

4.      The Parties agree and stipulate that the time within which the Defendant may answer, move, or otherwise plead in response to the *Complaint* [D.I. 1] in the above-captioned adversary proceeding is hereby extended to and including May 6, 2021.

5.      Except as specifically set forth herein, all rights, claims and defenses of the Parties are fully preserved.

6.      This Stipulation is without prejudice to the rights of the parties to seek a further continuation of this deadline.

7.      This Stipulation may be executed by facsimile and in any number of counterparts, each of which when so executed shall be deemed an original, but all such counterparts shall constitute but one and the same Stipulation.

Dated:  April 28, 2021
Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/  Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Andrew W. Caine (CA Bar No. 110345)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:    bsandler@pszjlaw.com
          acaine@pszjlaw.com
          pkeane@pszjlaw.com

*Counsel to Plaintiff*

and


LEECH TISHMAN FUSCALDO & LAMPL LLC


*/s/ Gregory W. Hauswirth*
Gregory W. Hauswirth (DE Bar No. 5679)
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801
Tel:   302.332.7181
Email: ghauswirth@leechtishman.com

*Counsel to Defendant*